FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 23 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JUAN HERNANDEZ-JIMENEZ, | ) | CASE NO. C08-0678-JLR |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| A. NEIL CLARK, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Motion to Dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. 6, is DENIED;

(3) Respondent's Motion to Dismiss, Dkt. 10, is GRANTED; and

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 23rd day of September, 2008.

JAMES L. ROBART
United States District Judge

08-CV-00678-ORD

ORDER OF DISMISSAL
PAGE -1